UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| EMMITT HOUSE, | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-957-R |
| | ) | |
| CREDIT ONE BANK and TINKER FEDERAL CREDIT UNION | ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT CREDIT ONE BANK**

COMES NOW the Plaintiff, Emmit House, and pursuant to Federal Rules of Civil Procedure 41(a)(2) hereby requests that Plaintiff's action against Defendant Credit One Bank be dismissed with prejudice pursuant to an agreed settlement among the parties.

Respectfully submitted,

Dated: April 4, 2018

By:  s/ Tiffany Hill
Tiffany Hill, Esq. (OBA# 31332)
1415 NW 43rd St
Oklahoma City, OK 73118
Tel.: (405) 216-3126
Email: thlegalconsulting@gmail.com
*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018 I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the registered participants of the Electronic Case Filing System.

                                                      Respectfully submitted,

Dated: April 4, 2018                    <u>s/ Tiffany Hill</u>
                                          Tiffany Hill, Esq. (OBA# 31332)
                                          1415 NW 43rd St
                                          Oklahoma City, OK 73118
                                          Tel.: (405) 216-3126
                                          Email: thlegalconsulting@gmail.com
                                          *Attorney for Plaintiff*