# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| EMMITT HOUSE,<br><br>    Plaintiff,<br><br>v.<br><br>TINKER FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No. CIV-17-957-R |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, by and through their counsel of record, hereby stipulate to the dismissal of all claims against Defendant Tinker Federal Credit Union without prejudice to the filing of future actions, with Plaintiff and Defendant to each bear its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ Tiffany Hill*
Tiffany Hill, OBA #31332
1415 N.W. 43rd St.
Oklahoma City, OK 73118
Tel: 405-216-3126
thlegalconsulting@gmail.com
***Attorney for Plaintiff***

/s/ Lyndon W. Whitmire
Lyndon W. Whitmire, OBA # 17164
John M. Bunting, OBA # 31503
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 235-4100
Facsimile: (405) 235-4133
lwwhitmire@phillipsmurrah.com
jmbunting@phillpsmurrah.com
***Attorneys for Defendant***